UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND HOSPITAL, :
Plaintiff, :
v. : C.A. 06-260ML
MICHAEL O. LEAVITT, in his capacity as Secretary of Health and Human Services, :
Defendant. :

RECEIVED
JUL 26 2006
Property of U.S. District Court
District of Rhode Island

## STIPULATION

Plaintiff and defendant Michael O. Leavitt, in his capacity as Secretary of Health and Human Services, by and through undersigned counsel, hereby agree that defendant shall have the following additional time within which to respond to plaintiff's Complaint.

Defendant shall have up to and including September 29, 2006, to file an answer or responsive pleading to plaintiff's Complaint.

ATTORNEY FOR PLAINTIFF

Mitchell Edwards

MITCHELL R. EDWARDS, ESQ.
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000

ATTORNEY FOR DEFENDANT

Luis M Matos

LUIS M. MATOS
Assistant United States Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

Enter:
Mary M. Lisi
USDJ 7/27/06

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2006, I mailed a copy of the foregoing Stipulation, by postage prepaid mail, to Robert G. Flanders, Jr., Esq. and Mitchell R. Edwards, Esq., HINCKLEY, ALLEN & SNYDER LLP, 1500 Fleet Center, Providence, RI 02903.

Linda J. Mazmanian