UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services,<br><br>Defendant. | ) | C.A. No. 06-260ML |

## DEFENDANT'S ANSWER

Defendant, the Secretary of the U.S. Department of Health and Human Services, by his undersigned counsel, hereby answers the First Amended Complaint of plaintiff Rhode Island Hospital as follows:

## FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

## SECOND DEFENSE

The decisions of the Provider Reimbursement Review Board challenged by plaintiff in this action are supported by substantial evidence contained in the administrative record. Moreover, the Board's decisions are not arbitrary and capricious, based on an abuse of discretion, or otherwise not in accordance with the law. Accordingly, pursuant to 42 U.S.C. § 1395oo(f)(1), the Board's decisions should be affirmed

**THIRD DEFENSE**

Defendant denies all allegations set forth in the First Amended Complaint not otherwise admitted below, including all well-pleaded allegations contained in plaintiff's prayer for relief.

**FOURTH DEFENSE**

Answering the specific numbered paragraphs of plaintiff's First Amended Complaint, defendant states as follows:

(1) Defendant admits the allegations of the first sentence of paragraph 1. Defendant is without information sufficient to form a belief as to the validity of the allegations of the second sentence. Consequently, defendant neither admits nor denies the second sentence. Defendant admits the third and fourth sentences.

(2) Admitted.

(3) The allegations of paragraph 3 consist of characterizations of plaintiff's action to which answers are not required. To the extent answers are deemed required, defendant denies the allegations of this paragraph.

(4) With respect to paragraph 4, defendant admits that this action arises under the Medicare Act. Defendant denies the remaining allegations of this paragraph.

(5-7) Denied.

(8-10) Admitted.

(11-15) The allegations of paragraphs 11 through 15 consist of conclusions of law to which answers are not at this time required. To the extent answers are deemed required, defendant denies the allegations of these paragraphs.

(16) With respect to paragraph 16, defendant denies that all hospital cost reports are

audited. Defendant admits the remaining allegations of this paragraph.

(17) The allegations of paragraph 17 consist of conclusions of law to which answers are not at this time required. To the extent answers are deemed required, defendant denies the allegations of this paragraph.

(18) Defendant admits the first and second sentences of paragraph 18. The allegations of the third sentence consist of conclusions of law to which answers are not at this time required. To the extent answers are deemed required, defendant denies the allegations of this paragraph.

(19) Admitted.

(20-21) Denied.

(22-24) Admitted.

(25) Defendant admits the first sentence of paragraph 25, except defendant denies that the Eligible Days issue was at that time included in the individual appeal, and further denies that the new Lifespan Group appeal was properly filed. Defendant denies the second sentence.

(26-29) Admitted.

(30) Denied.

(31) Admitted.

(32) Defendant admits the allegations of paragraph 32, but notes that plaintiff's request was dated December 30, 2002.

(33) Admitted.

(34) Defendant admits the first sentence of paragraph 34. Defendant denies the second sentence.

(35-36) Admitted.

(37) Denied.

(38) Defendant repeats his previous responses to paragraphs 1 through 37 above.

(39) Denied.

(40) Denied.

(41-42) Denied.

(43) Defendant repeats his previous responses to paragraphs 1 through 42 above.

(44-45) Denied.

Defendant files as part of his answer a certified copy of the administrative record of the agency proceedings under review.

WHEREFORE, defendant prays that a judgment be entered dismissing the First Amended Complaint in accordance with 42 U.S.C. § 1395oo(f)(1).

Respectfully submitted,

MICHAEL O. LEAVITT, Secretary of Health and Human Services

By His Attorney,

ROBERT CLARK CORRENTE
United States Attorney

/s/Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: anthony.digioia@usdoj.gov

Of Counsel:

DANIEL MERON
General Counsel

NANCY S. NEMON
Chief Counsel, Region I

CLIFFORD M. PIERCE
Assistant Regional Counsel
Department of Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA 02203
(617) 565-2379

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify on this 29th day of September, 2006, I caused the within Answer to be electronically filed with the United States District Court for the District of Rhode Island using the CM/ECF system. The following participant has received notice electronically:

Mitchell R. Edwards, Esq.
Robert G. Flanders, Esq.
Hinckley Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

I further certify that on the 29th day of September, 2006, I caused a copy of the Administrative Record to be forwarded, by postage prepaid mail, to:

Mitchell R. Edwards, Esq.
Robert G. Flanders, Esq.
Hinckley Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: *anthony.digioia@usdoj.gov*