UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-260ML |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

**WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance for the Defendant, Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services, in the above matter.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos

LUIS M. MATOS, #4475
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email:luis.matos@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of October, 2006, I electronically filed the within Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Mitchell R. Edwards, Esq.
Robert G. Flanders, Esq.
Hinckley Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

/s/ Luis M. Matos

LUIS M. MATOS, #4475
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email:luis.matos@usdoj.gov