UNITED STATES DISTRICT COURT
District of Rhode Island

RHODE ISLAND HOSPITAL :
:
v. : C. A. 06-0260 ML
:
MICHAEL O. LEAVITT, in his capacity as :
Secretary of Health and Human Services

**SCHEDULING ORDER**

By agreement of the parties this Court hereby enters the following scheduling order in this matter:

1. Plaintiff's Motion for Summary Judgment or other Dispositive Motion is due on or before January 29, 2007;

2. Defendant's Opposition and/or cross-motion shall be filed on or before February 28, 2007;

3. Plaintiff's Opposition and/or Reply shall be filed on or before March 19, 2007;

4. Defendant's Reply, if needed, shall be filed on or before April 2, 2007.

ENTER: PER ORDER:

Mary M. Lisi USDJ 11/9/06 D. Dufault Deputy Clerk

#759255

PRESENTED BY:

RHODE ISLAND HOSPITAL

By its attorneys,

*/s/ Robert G. Flanders, Jr.*
Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rflanders@haslaw.com
medwards@haslaw.com

Dated: November 9, 2006

## CERTIFICATION

I hereby certify that on November 9, 2006, a copy of foregoing Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Robert F. Flanders, Jr.*