UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL<br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-260ML |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant, the Secretary of Health and Human Services, by and through his undersigned Counsel, requests that the Court issue a protective order, pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, barring plaintiff's discovery request. As grounds for this motion, defendant respectfully refers the Court to Defendant's Memorandum in Support of Motion for Protective Order, filed herewith.

Respectfully Submitted,

MICHAEL O. LEAVITT,
Secretary of Health and Human Services

By His Attorney,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: anthony.digioia@usdoj.gov

Of Counsel:

DANIEL MERON
General Counsel

NANCY S. NEMON
Chief Counsel, Region I

CLIFFORD M. PIERCE
Assistant Regional Counsel
Department of Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA 02203
(617) 565-2379

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of December, 2006, I electronically filed the within Defendant's Motion for Protective Order with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Mitchell R. Edwards, Esq.
Robert G. Flanders, Esq.
Hinckley Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov