RECEIVED
NOV 24 2006
U.S. ATTORNEY
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND HOSPITAL<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, et al.<br><br>Defendant. | C.A. No. 06-0260 ML |

**RHODE ISLAND HOSPITAL'S REQUEST FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANTS MICHAEL O. LEAVITT, IN HIS CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES AND DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Pursuant to Federal Rules of Civil Procedure 26 and 34, plaintiff Rhode Island Hospital hereby requests that the defendants Michael O. Leavitt, in his capacity as Secretary of Health and Human Services and the Department of Health and Human Services produce the following documents at the offices of Hinckley, Allen & Snyder LLP, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island 02903 within thirty (30) days of the date of certification of service hereof.

**DOCUMENT REQUESTS**

1. All decisions, policies, rules, manuals, orders, guides, or any other documents reflecting or concerning the Provider Reimbursement Review Board's ("PRRB") policies or rules regarding (a) whether a dismissal of a provider appeal for failure to submit a position paper is a dismissal with prejudice, (b) whether a provider may add an issue to or continue to litigate an issue in an individual appeal after dismissal of that issue from a group appeal for failure to submit a position paper, and (c) whether a

provider may add an issue to a group appeal after dismissal from a different group appeal for failure to submit a position paper.

2. All jurisdictional decisions, letters, or other statements from the PRRB allowing a provider to: (a) add issues to or continue to litigate issues in an appeal if those issues had been part of a group appeal that was closed or dismissed by the PRRB, (b) reopen a previously closed or dismissed appeal, or (c) receive a hearing on an issue that had been included in a group appeal that was closed or dismissed by the PRRB.

RHODE ISLAND HOSPITAL

By its attorneys,

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rflanders@haslaw.com
medwards@haslaw.com

Dated: November 22, 2006

## CERTIFICATE OF SERVICE

TO:

Anthony C. DiGioia, Esq.
Assistant U.S. Attorney
Chief, Civil Division
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

I certify that I mailed a copy of the foregoing Plaintiff's Request for Production to counsel of record, as above, on November 22, 2006.

Kandy M. Marchard