UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND HOSPITAL,

Plaintiff,

v.

MICHAEL O. LEAVITT, et al.,

Defendant.

C.A. No. 06-0260 ML

**UNOPPOSED MOTION FOR AN EXTENSION OF THE DEADLINES IN THE SCHEDULING ORDER**

Plaintiff Rhode Island Hospital ("RIH") moves for a 60-day extension of the deadlines in the scheduling order. The defendants have no objection to the above-requested extension of the deadlines in the scheduling order. In support of this motion, RIH relies upon the accompanying memorandum of law.

RHODE ISLAND HOSPITAL

By its attorneys,

*/s/ Mitchell R. Edwards*

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rflanders@haslaw.com
medwards@haslaw.com

Dated: January 19, 2007

**CERTIFICATION**

I hereby certify that on January 19, 2007, a copy of foregoing Motion for an Extension of the Deadlines in the Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Mitchell R. Edwards*

#776137

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-0260 ML |
| MICHAEL O. LEAVITT, et al., | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF THE DEADLINES IN THE SCHEDULING ORDER**

Plaintiff Rhode Island Hospital ("RIH") moves for a 60-day extension of the deadlines in the scheduling order. The government has filed a motion for a protective order in response to plaintiff's request for documents. RIH has opposed the government's motion for a protective order, which is pending and is scheduled to be heard on January 24 before Magistrate Judge Almond. As a result, RIH would like an additional 60 days to file its motion for summary judgment and, consequently, it also requests that all subsequent deadlines in the scheduling order be extended by 60 days as well. This is the first request for an extension of deadlines in this case.

Plaintiff's counsel has contacted defendants' counsel about this request and defendants' counsel has no objection to the above-requested extension of the deadlines in the scheduling order.

RHODE ISLAND HOSPITAL

By its attorneys,

*/s/ Mitchell R. Edwards*

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rflanders@haslaw.com
medwards@haslaw.com

Dated: January 19, 2007

**CERTIFICATION**

I hereby certify that on January 19, 2007, a copy of foregoing Memorandum of Law in Support of Plaintiff's Motion for an Extension of the Deadlines in the Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Mitchell R. Edwards*

#776138