UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND HOSPITAL,<br>Plaintiff,<br>v.<br>MICHAEL O. LEAVITT, et al.,<br>Defendant. | C.A. No. 06-0260 ML |

**STIPULATION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiff and Defendants hereby stipulate that the following documents should be included in the administrative record in this action:

(1) Rhode Island Hospital's ("RIH") final position paper dated September 30, 2002 including the accompanying cover letter and exhibits in PRRB Case No. 02-0763;

(2) Correspondence from the Provider Reimbursement Review Board ("PRRB") to RIH's counsel dated July 5, 2002 regarding Group Appeal 02-1868G;

(3) Correspondence from the PRRB to RIH's counsel dated July 5, 2002 in the Group Appeal 02-1867G;

(4) Correspondence from RIH's counsel dated July 24, 2002 to the PRRB regarding Group Appeal 02-1868G; and

(5) Correspondence from RIH's counsel dated July 24, 2002 to the PRRB regarding Group Appeal 02-1867G.

The parties hereby submit these documents with this stipulation.

RHODE ISLAND HOSPITAL

By its attorneys,
*/s/ Mitchell R. Edwards*

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rflanders@haslaw.com
medwards@haslaw.com

MICHAEL O. LEAVITT AND
THE DEPARMENT OF HEALTH
AND HUMAN SERVICES

By their attorneys,
*/s/ Michael P. Iannotti*

Michael P. Iannotti (#2919)
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
michael.iannotti@usdoj.gov

Dated: March 9, 2007