**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671 FAX: 410-786-5298

Irvin W. Kues, Chairman
Henry C. Wessman, Esq.
Stanley J. Sokolove, C.P.A.
Gary B. Blodgett, D.D.S.
Suzanne Cochran, Esq.

CERTIFIED MAIL

Refer to:

JUL - 5 2002

Hinckley, Allen & Snyder LLP
Lawrence W. Vernaglia, Esq.
28 State Street
Boston, MA 02109 1775

Re: Group Acknowledgment and Critical Due Dates
Case Number: 02-1868G
Group Name: RI Hosps 99 Days Incl in DSH Calc
Appealed Year - FYE: 09/30/99
Group Representative: Lawrence W. Vernaglia, Esq.

The Provider Reimbursement Review Board ("Board") has received your request for a group appeal. You will need to obtain a copy of the Board's instructions which are located on the Board's web site at www.hcfa.gov/regs/prrb.htm. If Internet access is not available to you, you may call the Board at (410) 786-2671 and request that a copy be mailed to you.

You must reference the case number and group title on all future correspondence with the Board. If any of the above information is incorrect, you must inform the Board, in writing, within 30 days of this letter.

DUE DATES & REQUIRED DOCUMENTS

1st of July 2003: The Group Representative is to mail a letter to the Board stating that the group is complete and identifying the lead intermediary. The Group Representative must also forward the lead intermediary a copy of this Group Acknowledgment and Critical Due Dates letter.

1st of September 2003: The Group Representative must file a preliminary position paper with the lead intermediary (with a letter to the Board certifying that the preliminary due date has been met and a copy of the first page only of the preliminary position paper). The Group Representative must also complete and submit the Schedule of Providers with associated jurisdictional documentation to the lead intermediary.

1st of November 2003: The lead intermediary must file a preliminary position paper with the Group Representative (with a letter to the Board certifying that preliminary due date has been met and a copy of the first page only of the preliminary position paper). The lead intermediary must also forward the Schedule of Providers, the associated jurisdictional documents and comments regarding jurisdiction to the Board.

1st of January 2004: Final position papers are due from both parties.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671 FAX: 410-786-5298

Irvin W. Kues, Chairman
Henry C. Wessman, Esq.
Stanley J. Sokolove, C.P.A.
Gary B. Blodgett, D.D.S.
Suzanne Cochran, Esq.

Refer to:

The Group Representative is responsible for pursuing the group appeal in accordance with the Board's Instructions. You must file all required documentation, including position papers, regardless of any outstanding jurisdictional challenges, motions or subpoena requests. If the group representative misses any of its due dates, the Board will dismiss the group appeal. The Board will not send a due date reminder. If the Intermediary fails to meet its deadlines, the Board will contact the Centers for Medicare & Medicaid Services (CMS) about contract compliance and will schedule a hearing date.

TENTATIVE HEARING DATE

May 2004: Tentative month and year of hearing.

The Board will send the parties a Notice of Board Hearing to notify you of the specific time, date and location of the hearing. The Notice of Hearing will be issued at least 30 days prior to the actual hearing date.

OPTIONS

The Group Representative may make a written request, at any time, that:
- the month of hearing be rescheduled to an earlier month;
- the case be heard based on the submitted record;
- the case be conducted by video or teleconference;
- the case be resolved through alternative dispute resolution/mediation;
- the case be reviewed in a pre-hearing conference with a Board member.

The Group Representative must continue to follow the due dates set forth in this letter until you are advised regarding your request by the Board.

Steven R. Kirsh
Division of Jurisdiction and Case Management

cc: Mr. Wilson Leong, BCBSA
225 N. Michigan Avenue
Chicago, Illinois 60601-7680

Mutual Of Omaha
Mr. Tom Bruce
Medicare Audit and Reimbursement
P.O. Box 1604
Omaha, Nebraska 68101

Henry Lourenco
Medicare Audit & Reimbursement
444 Westminister Street
Providence, RI 02903 3279