ackd. 8/2/02 KS

28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1775
617 345-9000
FAX: 617 345-9020

HINCKLEY, ALLEN & SNYDER LLP
*Attorneys at Law*

Lawrence W. Vernaglia

July 24, 2002

**VIA CERTIFIED MAIL NO.**
**7000 1530 0000 4827 3345**

RECEIVED
JUL 29 2002
PROVIDER REIMBURSEMENT REVIEW BOARD

Steven R. Kirsh, Director
Division of Jurisdiction & Case Management
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

Re: Title of Group: RI Hosps 99 Days Incl in DSH Calc
Lead Intermediary: Blue Cross and Blue Shield of Rhode Island
PRRB Case No.: 02-1868G
Notification of Completion of Group

Dear Mr. Kirsh:

I am the group representative for the providers (the "Providers") participating in the above-referenced group appeal (the "Group Appeal"). In the context of this Group Appeal, the Providers shall be referred to herein also as the "Group."

On behalf of the Providers, and pursuant to the policy of the Provider Reimbursement Review Board (the "Board"), I hereby notify you that the Group is complete.

There is only one Fiscal Intermediary involved with this Group Appeal, Blue Cross and Blue Shield of Rhode Island ("BCBSRI"). Consequently, BCBSRI is the "lead intermediary," as that term is used in current Board policy.

The Providers anticipate continuing to work with the Fiscal Intermediary in reaching an administrative resolution of the issues in dispute. However, the Providers desire to preserve all rights to a Board hearing and judicial review regarding the issues in dispute, and file this letter in accordance with current Board policy. The Providers reserve all rights with regard to all legal arguments as to the proper application or interpretation of the regulations pertaining to group appeals before the Board, and do not waive any arguments by the filing of this letter.

Please file this letter in your customary fashion. If you believe that the Providers have additional obligations in regards to (1) complying with paragraph I(C)(VIII)(A), or any other provision, of Board policy with regard to the notification of the completion of the Group or (2) any other provision of Board policy the Providers must satisfy in order to maintain their rights to a hearing on the Group Appeal, please contact me at your earliest convenience.

Thank you in advance for your assistance.

Sincerely,

Lawrence Vernaglia

LWV/hs

cc: Henry Lourenco, BCBSRI
Ann Waszeciak, BCBSRI
Thomas Pearson, Lifespan Corporation
Stephen Coco, Lifespan Corporation
Richard Nagy, Lifespan Corporation
PRRB Appeals Coordinator, BCBSA