# EXHIBIT B

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671 FAX: 410-786-5298

Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

01-1008 / 00-3019G

**CERTIFIED MAIL**

SEP 2 0 2006

Lawrence Vernaglia
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199

Rocco Bruno
Pinnacle Medicare Services
875 Centerville Road, Unit 8
Warwick, RI 02886

RE: Rhode Island Hospital
Provider No.: 41-0007
FYE: 9/30/98
Case No. 01-1008

Dear Mr. Vernaglia and Mr. Bruno:

The Provider Reimbursement Review Board (the "Board") has reviewed the jurisdiction documentation submitted in the above-captioned case. The Board's jurisdiction decision is set forth below.

**Background**

On February 1, 2001, the Provider submitted an individual appeal request to the Board. The appeal was assigned case number (CN) 01-1008. On December 28, 2001, the Provider added the Medicaid eligible days and supplemental security income (SSI) issues to CN: 01-1008. The Provider transferred the SSI issue to CN: 02-0426G on December 28, 2001. On December 30, 2002, the Provider wrote the Board and requested the transfer of the SSI issue from CN: 01-1008 to CN: 00-3019G. On January 15, 2003, the Provider made a duplicate request. On October 21, 2003, CN: 02-0426G was closed for failure to comply with the Board's due dates. On July 10, 2006, the Intermediary filed a jurisdiction challenge. On July 18, 2006, the Provider filed a response.

**Intermediary's Contentions**

The Intermediary contends that the Board lacks jurisdiction over Rhode Island Hospital for fiscal year ending 9/30/98 because the Provider should have requested the transfer of the SSI issue from CN: 02-0426G rather than the individual appeal or the Provider should have requested the transfer of the SSI issue from CN: 02-0426G to the individual appeal, CN: 01-1008, and then requested to transfer the SSI issue from the individual appeal to CN: 00-3019G.

**Provider's Contentions**

The Provider contends that the Board has jurisdiction over Rhode Island Hospital for fiscal year ending 9/30/98 as part of CN: 00-3019G. The Provider states that it transferred the SSI issue to CN: 00-3019G long before the Board closed the original group, CN: 02-0426G. The Provider argues that the Intermediary's argument is "exceedingly formalistic" and the Provider's December 30, 2002 and January 15, 2003 letters were sufficient to put the Intermediary and the Board on notice of the Provider's

intent to transfer the SSI issue to CN: 00-3019G regardless of whether the SSI issue was in CN: 01-1008 or CN: 02-0426G.

**Board's Decision**

The Board concludes that it has jurisdiction over Rhode Island Hospital for fiscal year ending 9/30/98 as part of this group. The Provider was originally part of CN: 02-0426G to resolve the SSI issue, however, the Provider requested a transfer to CN: 00-3019G before CN: 02-0426G was closed. Although the Provider requested that the SSI issue be transferred from the individual appeal, its intent was clear.

Board Members Participating:
Suzanne Cochran, Esquire
Gary Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette Hayes

For the Board:

Suzanne Cochran, Esq.
Chairperson

cc: Arthur Peabody, Jr., Esq., Blue Cross & Blue Shield Association
Stephanie Webster, Vinson & Elkins

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671 FAX: 410-786-5298
Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

99-3278 / 00-3019G

**CERTIFIED MAIL**

Lawrence Vernaglia
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199

Rocco Bruno
Pinnacle Medicare Services
875 Centerville Road, Unit 8
Warwick, RI 02886

SEP 2 0 2006

RE: Rhode Island Hospital
Provider No.: 41-0007
FYE: 9/30/97
Case No. 99-3278

Dear Mr. Vernaglia and Mr. Bruno:

The Provider Reimbursement Review Board (the "Board") has reviewed the jurisdiction documentation submitted in the above-captioned case. The Board's jurisdiction decision is set forth below.

**Background**

On May 21, 1999, the Provider submitted an individual appeal request to the Board. The appeal was assigned case number (CN) 99-3278. On November 19, 1999, the Provider added the Medicaid eligible days and supplemental security income (SSI) issues to CN: 99-3278. The Provider transferred the SSI issue to CN: 00-0228G on November 22, 1999. On December 30, 2002, the Provider wrote the Board and requested the transfer of the SSI issue from CN: 99-3278 to CN: 00-3019G. On January 15, 2003, the Provider made a duplicate request. On October 22, 2003, CN: 00-0228G was closed for failure to comply with the Board's due dates. On July 10, 2006, the Intermediary filed a jurisdiction challenge. On July 18, 2006, the Provider filed a response.

**Intermediary's Contentions**

The Intermediary contends that the Board lacks jurisdiction over Rhode Island Hospital for fiscal year ending 9/30/97 because the Provider should have requested the transfer of the SSI issue from CN: 00-0228G rather than the individual appeal or the Provider should have requested the transfer of the SSI issue from CN: 00-0228G to the individual appeal, CN: 99-3278, and then requested to transfer the SSI issue from the individual appeal to CN: 00-3019G.

**Provider's Contentions**

The Provider contends that the Board has jurisdiction over Rhode Island Hospital for fiscal year ending 9/30/97 as part of CN: 00-3019G. The Provider states that it transferred the SSI issue to CN: 00-3019G long before the Board closed the original group, CN: 00-0228G. The Provider argues that the Intermediary's argument is "exceedingly formalistic" and the Provider's December 30, 2002 and January 15, 2003 letters were sufficient to put the Intermediary and the Board on notice of the Provider's

intent to transfer the SSI issue to CN: 00-3019G regardless of whether the SSI issue was in CN: 99-3278 or CN: 00-0228G.

**Board's Decision**

The Board concludes that it has jurisdiction over Rhode Island Hospital for fiscal year ending 9/30/97 as part of this group. The Provider was originally part of CN: 00-0228G to resolve the SSI issue, however, the Provider requested a transfer to CN: 00-3019G before CN: 00-0228G was closed. Although the Provider requested that the SSI issue be transferred from the individual appeal, its intent was clear.

Board Members Participating:
Suzanne Cochran, Esquire
Gary Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette Hayes

For the Board:

Suzanne Cochran, Esq.
Chairperson

cc: Arthur Peabody, Jr., Esq., Blue Cross & Bluc Shield Association
Stephanie Webster, Vinson & Elkins