**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL, Plaintiff, | ) | |
| v. | ) | Civ. Action No. 06-260 ML |
| MICHAEL O. LEAVITT, *et al.*, Defendants. | ) | |

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56, Plaintiff, Rhode Island Hospital ("RIH") submits this Statement of Undisputed Facts in support of its motion for summary judgment:

1. On February 14, 2002, RIH filed an individual appeal (Case No. 02-0763) with the PRRB from its Intermediary's determination of the Medicaid and Medicare percentage used to determine the hospital's DSH adjustment for fiscal year 1999. See Administrative Record ("AR") at 51-53, 121-392.

2. RIH contended that the Medicaid eligible days count should have included all patient days for which a patient was eligible for medical assistance, regardless of whether Medicaid actually paid the hospital for the days ("Eligible Days Issue"). See AR at 51-53, 121-392, and 405-415.

3. RIH also appealed the Intermediary's determination of the Medicare percentage, asserting that the Intermediary understated the percentage by using inaccurate and erroneous data to determine RIH's number of patient days eligible for Supplemental Security Income ("SSI Percentage Issue"). See AR at 51-53, 121-392, 405-415.

4. On March 18, 2002, the PRRB issued a notice in the Individual Appeal, setting deadlines for RIH's filing its preliminary position paper and its final position paper by July 1, 2002 and October 1, 2002 respectively. See AR at 119-120.

5. On June 27, 2002, RIH requested that the PRRB transfer (1) the Plaintiff's Eligible Days Issue for fiscal year 1999 from Case No. 02-0763 to a group appeal – namely, to the RI Hospital's 99 Days Included in DSH Calculation Group Appeal (PRRB Case No. 02-1868G) and (2) the SSI Percentage Issue for fiscal year 1999 to a group appeal: namely, to the RI Hospital's 99 SSI Percentage Group Appeal (PRRB Case No. 02-1867G). See AR at 54-55, 398-401.

6. One day later, on June 28, 2002, RIH submitted a preliminary position paper in PRRB Case No. 02-0763 in a timely manner. See AR at 115-117.

7. On September 30, 2002, RIH submitted its final position paper in PRRB Case No. 02-0763 in a timely manner. See AR at 405-595.

8. In its final position paper, RIH stated that to facilitate settlement discussions with the Intermediary, RIH requested the PRRB to transfer of the Eligible Days Issue back to the Individual Appeal (PRRB Case No. 02-0763) from the DSH Calculation Group Appeal (PRRB Case No. 02-1868G) and to transfer the SSI Percentage Issue back to the Individual Appeal (PRRB Case No. 02-0763) from the SSI Percentage Group Appeal (PRRB Case No. 02-1867G). See AR at 408-409.

9. RIH had briefed the Eligible Days Issue and the SSI Percentage Issue in its final position paper on pages 3 through 8 and attached relevant exhibits. See AR at 408-415.

10. On December 20, 2002, RIH requested that the PRRB transfer the Plaintiff's "SSI Percentage" issue to the Southwest Consulting DSH SSI Group Appeal (PRRB Case No. 00-3019G) ("Southwest Group Appeal"). See AR at 85. RIH asked the PRRB, "[i]f any additional documentation or procedure is required to cause the transfer of this issue, please notify us [RIH] immediately, as this request is intended to exercise the Provider's right to transfer the SSI DSH issue as fully as permitted by law and regulation." AR at 85. The PRRB did not respond to the December 20, 2002 request for transfer.

11. On January 15, 2003, counsel for Southwest Consulting requested that the PRRB transfer the Plaintiff's "SSI Percentage" issue for FY 1999 to the Southwest Consulting DSH SSI Group Appeal (PRRB Case No. 00-3019G). See AR at 83-84.

12. On October 10, 2003 – more than one year later – the PRRB dismissed the RI Hospitals 99 Days Included in DSH Calculation Group Appeal (PRRB Case No. 02-1868G) and the SSI Percentage Group Appeal (PRRB Case No. 02-1867G) for failure to submit a position paper in those group appeals on or before September 1, 2003. See AR at 56 and 395

13. On January 10, 2006, RIH requested that the PRRB transfer the Eligible Days Issue from the Individual Appeal (PRRB Case No. 02-0763) to a new Lifespan group – Lifespan Hospitals FY 1999 Eligible Days Group Appeal (PRRB Case No. 06-0512G). See AR at 60-61. RIH requested this transfer to a new group appeal in an attempt to facilitate settlement of the other remaining issues in the Individual Appeal. RIH believed that the Intermediary wanted to proceed in this fashion.

14. On February 14, 2006, however, the Intermediary submitted a jurisdictional challenge to the Plaintiff's January 10, 2006 request to transfer the Eligible Days issue from the Individual Appeal (PRRB Case No. 02-0763) to the Lifespan group appeal (PRRB Case No. 06-0512G). See AR at 49-50.

15. On the same date, the Intermediary also challenged the transfer of the SSI Percentage Issue from the Individual Appeal to the Southwest Group Appeal (PRRB Case No. 00-3019G) over three years after RIH requested the transfer of the SSI Percentage Issue to the Southwest Group Appeal. See AR at 393-394.

16. On March 28, 2006, the PRRB ruled in favor of Intermediary on its jurisdictional challenge with respect to the Eligible Days Issue. See AR at 47-48. The PRRB stated

> This Provider chose to become part of a group to resolve the Medicaid eligible days issue but then the group failed to follow the Board's Instructions, which resulted in a dismissal of the group appeal. The dismissal disposed of the Medicaid eligible days issue. The providers cannot now rely on adding the same issue again to their individual appeals to get a second opportunity to join a group.

AR at 48. On April 3, 2006, RIH sent a letter to the Board asking it to reopen its decision of March 28, 2006. See AR at 12-14.

17. On June 14, 2006, the PRRB denied the RIH's request regarding the Eligible Days Issue and ruled on the SSI Percentage Issue. See AR at 2-6. With respect to the SSI Percentage Issue, the PRRB stated:

> The Provider's request to transfer the DSH SSI issue from the individual appeal to case number 00-3019G should have been denied pursuant to the Board's Instructions since the Provider was already involved in a group appeal to resolve the DSH SSI issue for fiscal year ending September 30, 1999. Additionally, since case number 02-1867G was dismissed on October 10, 2003 for failure to follow the Board's Instructions, the DSH SSI issue may not be added into the individual appeal again.

AR at 2-3. The PRRB reiterated its statement from its March 28, 2006 decision regarding the Eligible Days Issue. See AR at 4-6.

Respectfully submitted,

RHODE ISLAND HOSPITAL

By its counsel,

*/s/ Robert G. Flanders, Jr.*
Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
rflanders@haslaw.com
medwards@haslaw.com

Dated: April 2, 2007

**CERTIFICATION**

I hereby certify that on April 2, 2007 a copy of the foregoing Plaintiff's Statement of Undisputed Facts in support of Its Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Robert G. Flanders, Jr.