**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND HOSPITAL,

Plaintiff,

v.

MICHAEL O. LEAVITT, *et al.*,

Defendants.

Civ. Action No. 06-260 ML

**PLAINTIFF'S MOTION TO STRIKE**

Plaintiff, Rhode Island Hospital ("RIH") moves to strike the draft motion for summary judgment and memorandum of law in support of RIH's motion for summary judgment, which is located in the docket at number 22. In support of its motion, RIH relies upon the accompanying memorandum of law.

Respectfully submitted,

RHODE ISLAND HOSPITAL

By its counsel,

/s/ *Robert G. Flanders, Jr.*
Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
rflanders@haslaw.com
medwards@haslaw.com

Dated: April 4, 2007

**CERTIFICATION**

I hereby certify that on April 4, 2007, a copy of foregoing Motion to Strike was filed and sent electronically to the following counsel of record:

Dulce Donovan, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Robert G. Flanders, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, *et al.*,<br><br>Defendants. | ) | Civ. Action No. 06-260 ML |

**PLAINTIFF'S MEMORANDUM OF LAW**
**IN SUPPORT OF ITS MOTION TO STRIKE**

Plaintiff, Rhode Island Hospital ("RIH") moves to strike the draft motion for summary judgment and memorandum of law in support of RIH's motion for summary judgment, which is located in the docket at number 22. RIH inadvertently filed a draft of its memorandum of law in support of its motion for summary judgment on April 2, 2007 using the Electronic Case Filing ("ECF") system. On April 3, 2007, RIH filed the correct version of its memorandum of law in support of its motion for summary judgment, which is located in the docket at number 24.

RIH respectfully requests that the Court strike the draft motion for summary judgment and memorandum of law (Docket #22) and prevent anyone from viewing the draft motion and memorandum through the ECF system or otherwise.

Respectfully submitted,

RHODE ISLAND HOSPITAL

By its counsel,

*/s/ Robert G. Flanders, Jr.*
Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
rflanders@haslaw.com
medwards@haslaw.com

Dated: April 4, 2007

**CERTIFICATION**

I hereby certify that on April 4, 2007, a copy of foregoing Memorandum of Law in support of Plaintiff's Motion to Strike was filed and sent electronically to the following counsel of record:

Dulce Donovan, Esq.
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Robert G. Flanders, Jr.